# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULISES KLINE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>FRED FOULK, Warden,<br><br>　　　　　Respondent.<br>_____ | Case No. CV 14-3689-DSF (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　In addition, the Court has reviewed petitioner's motion to voluntarily dismiss the Petition without prejudice, which he filed in response to the Report and Recommendation. Petitioner seeks another chance to try to bring a federal habeas petition. However, because this Petition already has been fully litigated, the Court finds no basis to grant this second chance to petitioner, and accordingly denies petitioner's request for voluntary dismissal. *See Terronova v. Kincheloe*, 852 F.2d

424, 429 (9th Cir. 1988) ("since the magistrate judge had already issued his report and recommendation when the motion [for voluntary dismissal] was filed, the district court's refusal to use its discretion to dismiss the [habeas] petition under Fed. R. Civ. P. 41(a)(2) is reasonable"). Although motions for voluntary dismissal should generally be granted unless there is some plain legal prejudice to the other side (*see Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir. 2010)), petitioner simply requests more time to avoid an adverse ruling without identifying how he will remedy the deficiencies in his claims, beyond his reiteration of arguments rejected in the Report and Recommendation. *See Maxum Indemnity Ins. Co. v. A–1 All American Roofing Co.*, 299 Fed. Appx. 664, 666 (9th Cir. 2008) ("A district court may consider whether the plaintiff is requesting a voluntary dismissal only to avoid a near-certain adverse ruling.").

IT IS THEREFORE ORDERED that (1) petitioner's first Motion for Supplemental Amendment of Ground One (docket no. 24) is denied; (2) petitioner's Motion to Stay and Abeyance (docket no. 28) is denied; (3) petitioner's second Motion for Supplemental Amendment of Ground One (docket no. 29) is denied; (4) petitioner's Motion to Abandon All Claims and to Dismiss the Instant Petition Without Prejudice (docket no. 32) is denied; and (5) Judgment will be entered denying the Petition and dismissing this action with prejudice.

DATED: 9/24/15

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE